## AFFIDAVIT OF JARED M. KELSON

### PROOF OF SERVICE

1. My name is Jared M. Kelson. I am counsel for Plaintiff Florida Agency for Health Care Administration in *State of Florida et al. v. Centers for Medicare and Medicaid Services et al.*, No. 8:25-cv-36 (M.D. Fla.). I am over the age of 18 and am competent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I make this declaration pursuant to Federal Rule of Civil Procedure 4(*l*), which states that "proof [of service] must be by the server's affidavit."

3. On January 17, 2025, I served the summons and complaint in this matter on the U.S. Attorney's Office for the Middle District of Florida, on the Attorney General of the United States, and on each Defendant by causing those specified items to be sent using U.S. Postal Service certified mail.

4. Under Rule 4(i)(1)–(2), service on all Defendants was effective upon the "send[ing]" of those items using certified mail.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2025