# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STATE OF FLORIDA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES, et al., <br><br> Defendants. | No. 8:25-cv-36-MSS-TGW |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Civil Rule 2.02(a), please take notice that the undersigned attorney, Clifford Lee Reeves, of the United States Department of Justice, Civil Division, Federal Programs Branch, files this notice on behalf of Defendants in the above-captioned case.

DATED: March 25, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

/s/ C. *Lee Reeves*
C. LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
(202) 616-0773
lee.reeves2@usdoj.gov

*Counsel for Defendants*