**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STATE OF FLORIDA, et al.,

*Plaintiffs*,

v.

CENTERS FOR MEDICARE &
MEDICAID SERVICES, et al.,

*Defendants*.

No. 8:25-CV-36-MSS-TGW

## <u>NOTICE OF LEAD COUNSEL DESIGNATION</u>

Plaintiff Florida Agency for Health Care Administration hereby

designates the undersigned attorney, Jared M. Kelson, as lead counsel.

Dated: April 4, 2025

Respectfully submitted,

*/s/ Jared M. Kelson*
Jared M. Kelson
BOYDEN GRAY PLLC
800 Connecticut Ave, Suite 900
Washington, DC 20006
(202) 955-0620
jkelson@boydengray.com

*Counsel for Florida Agency for Health
  Care Administration*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

_/s/ Jared M. Kelson_
Jared M. Kelson