UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA, ET AL.,

          *Plaintiffs*,

v.                                  No. 8:25-CV-36-MSS-TGW

CENTERS FOR MEDICARE & MEDICAID SERVICES, ET AL.,

          *Defendants.*
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

    Plaintiff State of Florida hereby designates the undersigned attorney, Allen L. Huang, as lead counsel.

Dated: April 6, 2025

                                        Respectfully submitted,

                                        /s/ *Allen L. Huang*
                                        ALLEN L. HUANG
                                          *Deputy Solicitor General*
                                        OFFICE OF THE ATTORNEY GENERAL
                                        The Capitol, PL-01
                                        Tallahassee, Florida 32399-1050
                                        (850) 414-3300
                                        (850) 410-2672 (fax)
                                        allen.huang@myfloridalegal.com

                                        *Counsel for State of Florida*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

*/s/ Allen L. Huang*
ALLEN L. HUANG